## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

SWAN REALTY GROUP, LLC,

        **Plaintiff,**

    vs.

STATE FARM FIRE AND CASUALTY
COMPANY,

        **Defendant.**

**8:24CV364**


**ORDER**

Counsel for the parties have notified the Court that they have settled this case following mediation. Accordingly,

**IT IS ORDERED:**

1. On or before **April 10, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 11th day of March, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge