IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SWAN REALTY GROUP, LLC,

                Plaintiff,

      vs.

STATE FARM FIRE AND CASUALTY
COMPANY,

                Defendant.

**8:24CV364**

**ORDER ON JOINT STIPULATION FOR
DISMISSAL WITH PREJUDICE**

This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, signed by counsel for all parties. Filing 76. The parties stipulate to dismissal of this case with prejudice, with each party to pay its own attorney fees and costs. Filing 76 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing 76, is accepted, and this case is dismissed with prejudice, with each party to pay its own attorney fees and costs.

Dated this 30th day of March, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

1